EXHIBIT
1

October 9, 2007

Dean Twohig,

This is a copy of my incident Report.

Mom Called                    Thank you,
Police took him to hospital in Lufk     Myrna Boyd
and was transferred.

Why call me Myrna asked - He talks
to me

September 26, 2007  12:45 p.m.

After exiting my vehicle, David Davis was sitting in his vehicle, parked behind mine.  He told me Brenda had paid him to hit my car. I told him I hoped that he would not do that and he drove off. I immediately came into the building, and went directly into Mrs. Cox's office and reported the incident that occurred the night before and what he said to me minutes before. Brenda Ross told us that David had been to the office's window five times earlier that day looking for me. Sandra Cox asked me to speak with Steve Watters about this matter. I am concerned about my safety on campus at Angelina College.

September 26, 2007  1:30 p.m.

I saw Steve Watters returning to his office and I asked him to come and speak with me about David showing up unexpectedly, and about him coming inside of the Record's Office. Steve stated to me that David had come into his office and cussed at him regarding a class payment. Steve also stated that he had blocked David from registering in Spring 2008 because he was tired of David signing up and then dropping his classes.

Steve Watters told me to speak with Mrs. Ricks, who is the secretary for the President (Dr. Larry Phillips) and the Dean (Dr. Patricia McKenzie). I told Mrs. Ricks my concerns and she stated that I should tell Dr. Phillips.

September 26, 2007  2:30 p.m.

I spoke with Dr. Phillips about David Davis and my concerns regarding my safety. He listened to me and asked a few questions:

1. Is he a student?
2. Where does he live?
3. How many times does he come to the school?
4. Does he appear violent, which I answered, yes, because, I have spoken to his mom a year or so ago about David and his behavior. I do not really know why his mom called me other than he told her to call me so I would know where he is. His mom said that he was at the hospital in Houston because she had to call the police because he had beat up his younger brother, and that whenever he stopped taking his medication, he would get out of control.
5. What is his <u>home</u> number? Dr. Phillips tried calling but hung up the phone, not saying anything because he thought David answered.

Dr. Phillips said that he would check on this and get back to me.

September 27, 2007   1:00 p.m.

Came into the office and was informed by Sandra that Dr. Phillips wanted to talk with us.

Steve Capps was with Dr. Phillips and I repeated my concerns to Steve. Dr. Phillips asked me "What do I want to happen?" I told Dr. Phillips I am concerned about my safety and I would feel a little safer if the glass was replaced in the window over the front counter. He stated that the cost would be $2,000 or $3,000. He was corrected by Sandra Cox and Steve Capps, because the frame was already in place and a glass just need adding. Steve Capps was asked by Dr. Phillips what else could be done and Steve suggested a <u>No Trespassing Order</u> be served after a verbal warning is given to David. The president agreed and he told me he would try again to contact David's mom and Steve Capps would inform the Security Guards and for me to call for assistance.

September 27, 2007   7:00 p.m.

David showed up at the Record's Office. He asked about the where-abouts of Brenda. I told him she was gone. He asked another question and I did not respond. Kristey Malone and two of the housekeeping staff was standing at the window. One of the housekeepers (Connie) told him I was busy working and could not talk. He left and I radioed security. Security came over looking for him but he was gone. The Sheriff's Office patrol man also asked me if I knew the person and I told him his name and his response was, "Oh yeah I know Mark and he's <u>Autistic</u>, but I'll keep a watch out for him." The patrol man left saying when I leave at 9:00 p.m. he would be outside watching me leave. I called Brenda Ross and told her about the situation and she told me to phone Sandra, which I tried to but the telephone number that Brenda gave me was not working.

September 27, 2007   9:00 p.m.

Brian McClain came to the office to relieve me from my shift and he walked me to my car. I did not see the patrol man.

September 28, 2007

David did not come to the office. Dr. Phillips asked about the night before. I told him about the situation that had occurred.

October 1, 2007        1:00 p.m.

Came to work and Sandra told me that David was at her church. He spoke to her and she responded.

October 1, 2007          2:30 p.m.

     David came to the office asking for Brenda. I called security. Sandra changed the schedule of the part-time worker so I won't work by myself.

October 1, 2007          3:00 p.m.

     Steve Capps told me that David was stopped and was told <u>not</u> to come back on campus.  He stated that David had a confused look on his face and was told to speak with Dean Twohig and Dr. Phillips.

October 1, 2007          6:00 p.m.

     Dr. Phillips reported that he spoke with David's father and let him know a Trespassing Citation will be given to him if he continues to come on campus. He also told him David needs to speak with Dean Twohig.

October 2, 2007          11:30 a.m.

     Brenda called me at home, David was on campus again.

October 2, 2007          3:00 p.m.

     Dean Twohig informed me that he had spoken with David and he wants me and Brenda to write out a report.

September 26, 2007

    David has been by the office 5 times today asking where Myrna was.

September 27, 2007

    David came by asking for me. Myrna told me she told him I was gone.

October 2, 2007

    I had an appointment off campus. Got to the end of the horseshoe at stop sign. David was coming up to stop sign from Business Division parking lot. I let him go because I was going to turn right. He turned his head as he passed, looking toward the highway, because he had been told not to come on to campus.  I called Sandra and Myrna from my cell phone to let them know.


    David has pulled up behind my vehicle a couple of moths back about 7:30 a.m. out of no where. He sort of talked and drove off. I was already out of my vehicle by the tail gate when he pulled up.

EXHIBIT

3



EXHIBIT
2

## LUFKIN POLICE DEPARTMENT
## CRIMINAL TRESPASS WARNING
Texas Penal Code 30.05

Officer: _____  Date: _____  Time: _____

Suspect: _____  Race: ___ Sex: __ DOB: 6-2-84

Person and/or business issuing warning: _____

Reason warning given: _____

Location suspect is banned from: _____

Pineywoods Printing, Lufkin, TX - Form #032502



# Angelina College

P.O. Box 1768, Lufkin, Texas 75902-1768   •   936/639-1301   •   Fax 936/639-4299

**EXHIBIT**

**4**

January 16, 2009

David Mark Davis II
11 Glenview Court
Lufkin, Texas 75901

Dear Mr. Davis:

Following our meeting in Mr. Haglund's office on Tuesday, January 13, 2009, and after fully hearing your concerns and complaints, I want to confirm that you will be allowed to register for one or more on-line classes this Spring semester under the following conditions:

1.  You must abide by all policies, regulations, rules and directives of Angelina College.

2.  You will not threaten, harass, intimidate, or otherwise interfere with or disrupt any office, staff, or students.

3.  You will provide to the College, in writing, any and all requests for any additional accommodations for your health condition, and will provide written medical support from your treating physician/health care provider to support any special accommodations.

4.  You will not drop or withdraw from the internet classes offered in the Spring, 2009, and will satisfactorily complete the classes on time, meeting all class requirements.

5.  You will contact me (936-633-5201), Dr. McKenzie (936-633-5201), or Mr. Twohig (936-633-5293), in advance of any need to come onto campus, either to take an exam or to access library resources, so that you will not be stopped or questioned regarding the trespass warrant.

6.  The directive banning you from coming onto any campus or facility of the College and the criminal trespass warrant issued by the Lufkin Police Department will

*Angelina College . . . . . A Great Place To Start*

continue in full force and effect except as stated herein in #5 above (advance notification).

Please call me if you have any questions.

If you decide to enroll, you need to call Mr. Cunyus, one of our counselors, at 936-633-4509 or 633-5212 before the end of the late registration period (January 2[1st]) so that he can register you for classes over the phone.

Please call if you have any questions.

Sincerely,


Larry Phillips
President


dl



# Angelina College

P.O. Box 1768, Lufkin, Texas 75902-1768   •   936/639-1301   •   Fax 936/639-4299   •   www.angelina.edu



EXHIBIT

5

March 10, 2009

David Mark Davis II
11 Glenview Court
Lufkin, Texas 75901

Re:     Outcome of Complaint Presentation to Board of Trustees

Dear Mr. Davis:

Please accept this letter as documenting the outcome of the complaint presentation which you made to the Board of Trustees of Angelina College at the board meeting held on Monday, March 9, 2009.

Following your presentation, the Board of Trustees deliberated in executive session and then returned to open session. When the Board President called for board action on your complaint, there was no motion offered by any member of the Board of Trustees. Because there was no motion offered, no action was taken by the Board of Trustees.

The effect of the board having taken no action on your complaint is that the last determination by this administration, that is my letter of February 24, 2009, is the final determination upon your complaint. This letter will serve as the formal notice to you of the lack of action by the Board of Trustees, although you were present at all times and witnessed the events just described in person.

Should you have any questions regarding the outcome of your complaint or your status with Angelina College, please call me. As I have previously told you, you are eligible to re-enroll at any time that registration takes place, however, the college again renews its request for information concerning any accommodations which you may need to be successful as a student.  Again, you must contact me should you desire to register for classes so that we can set any necessary conditions or accommodations.

Sincerely,

Dr. Larry Phillips, President

cc: Mr. Wayne Haglund

*Angelina College . . . . A Great Place To Start*





EXHIBIT

6

# Student Summons

Date:  __August 11, 2017__     Student Name:__  David Mark Davis_____

**You are to report to the Dean of Students Office on the following date and time:**

Date:  __Friday August 11, 2017_____

Time:__  3:00 p.m_____

**Failure to comply with this official student summons may subject you to further disciplinary action according to Angelina College policy and procedures.**

*Steve Hudman*

**Steve Hudman**
Dean of Student Affairs
Student Center Room 101

Case 9:17-cv-00179-RC-ZJH   Document 1-1   Filed 10/12/17   Page 11 of 39 PageID #: 29

# M Gmail

## Student Summons

12 messages

**Steve Hudman** <shudman@angelina.edu>                 Fri, Aug 11, 2017 at 9:33 AM
To: Mark Davis <dmarkdavis2@gmail.com>

Mr. Davis,

Please see the attached student summons.

Steve Hudman M.Ed.
Dean of Student Affairs
Angelina College
3500 South First Street
Lufkin, Texas 75904
936.633.5293
shudman@angelina.edu



EXHIBIT

7

📄 **Mark Davis Student Summons.pdf**
   207K

**Mark Davis** <dmarkdavis2@gmail.com>                 Fri, Aug 11, 2017 at 9:37 AM
To: Steve Hudman <shudman@angelina.edu>

I will be out of town this afternoon

Davis

Sent from my iPhone
[Quoted text hidden]

<Mark Davis Student Summons.pdf>

**Mark Davis** <dmarkdavis2@gmail.com>                 Fri, Aug 11, 2017 at 9:38 AM
To: Steve Hudman <shudman@angelina.edu>

Mark Davis <dmarkdavis2@gmail.com>

Also, can you please state the nature of why I am being summoned for a disciplinary action. I am entitled to this information at the time of summons.

Davis

Sent from my iPhone

On Aug 11, 2017, at 9:33 AM, Steve Hudman <shudman@angelina.edu> wrote:

[Quoted text hidden]

<Mark Davis Student Summons.pdf>

---

**Mark Davis** <dmarkdavis2@gmail.com>                                          Fri, Aug 11, 2017 at 9:48 AM
To: whaglund@haglundlaw.com
Cc: msimon@angelina.edu, Steve Hudman <shudman@angelina.edu>

Mr. Haglund:

I think your client might need your help. They are issuing student disciplinary summons but are not citing any policy that they allege I violated. Lastly, issuing 6 hours before you expect someone to be able to drop everything and show up?

Davis, JD

Sent from my iPhone

Begin forwarded message:

> **From:** Steve Hudman <shudman@angelina.edu>
> **Date:** August 11, 2017 at 9:33:26 AM CDT
> **To:** Mark Davis <dmarkdavis2@gmail.com>
> **Subject: Student Summons**

[Quoted text hidden]

📄 **Mark Davis Student Summons.pdf**
   207K

---

**Steve Hudman** <shudman@angelina.edu>                                         Fri, Aug 11, 2017 at 10:00 AM
To: Mark Davis <dmarkdavis2@gmail.com>

Mr. Davis,

The student summons you received is to discuss your further enrollment at Angelina College.   Not alleged disciplinary violations.



Steve Hudman M.Ed.
Dean of Student Affairs
Angelina College
3500 South First Street
Lufkin, Texas 75904
936.633.5293
shudman@angelina.edu

[Quoted text hidden]

---

**Mark Davis** <dmarkdavis2@gmail.com>                                    Fri, Aug 11, 2017 at 10:08 AM
To: Steve Hudman <shudman@angelina.edu>
Cc: whaglund@haglundlaw.com, msimon@angelina.edu

Mr. Hudman:

You really need to stop harassing me because I am having to vigorously fight for disability accommodations that the college wants to deny for my military service connected disabilities.

Your baseless summons constitutes the tort of abuse of process.   Based on your stalking type behaviors I don't feel comfortable being around you. I feel that you are a predator.  The issues you claim you want to discuss were dismissed a decade ago.

I will not be coming to partake in your sick game.

Davis, JD

Sent from my iPhone
[Quoted text hidden]

---

**Steve Hudman** <shudman@angelina.edu>                                   Fri, Aug 11, 2017 at 10:09 AM
To: Mark Davis <dmarkdavis2@gmail.com>

Mr. Davis,

I received your email stating you would be out of town today.   I am amicable to meeting during normally business hours Monday August 14, 2017 at a time that is convenient for you to accommodate your out of town trip.

Please contact my office so I may know when to expect you.

Steve Hudman M.Ed.



Dean of Student Affairs
Angelina College
3500 South First Street
Lufkin, Texas 75904
936.633.5293
shudman@angelina.edu

[Quoted text hidden]

**Mark Davis** <dmarkdavis2@gmail.com>                                          Fri, Aug 11, 2017 at 10:12 AM
To: msimon@angelina.edu
Cc: gwilliamson@lufkinpolice.com, whaglund@haglundlaw.com

Dr. Simon:

I will likely be petitioning the District Court for a protective order on the basis of stalking against Mr. Hudman.

He is mad that I am standing up for my rights and he is using his official position as dean of students to issue disciplinary summons that he admits are baseless.

Thanks!

David Mark Davis II, JD

Sent from my iPhone

Begin forwarded message:

> **From:** Steve Hudman <shudman@angelina.edu>
> **Date:** August 11, 2017 at 10:00:52 AM CDT
> **To:** Mark Davis <dmarkdavis2@gmail.com>
> **Subject: Re: Student Summons**

[Quoted text hidden]

**Mark Davis** <dmarkdavis2@gmail.com>                                          Fri, Aug 11, 2017 at 10:12 AM
To: Steve Hudman <shudman@angelina.edu>
Cc: whaglund@haglundlaw.com, msimon@angelina.edu, gwilliamson@lufkinpolice.com

Please leave me alone! You are creeping me out!

Davis

Sent from my iPhone
[Quoted text hidden]

**Mark Davis** <dmarkdavis2@gmail.com>
To: Steve Hudman <shudman@angelina.edu>
Cc: Michael Simon <msimon@angelina.edu>, whaglund@haglundlaw.com

Wed, Aug 16, 2017 at 8:43 PM

Mr. Hudman:

Since I never heard anything back from you I will assume the unlawful harassment has ceased. With that said, a disability discrimination complaint won't be necessary at this point.

I look forward to attending Angelina College this fall without any further instances of being subjected to unlawful harassment. Please remove any illegal holds from my student account within 48 hours of this email. You are legally forbidden from taking a disciplinary action, including placing a disciplinary hold on a students account, without due process. Since you have stated no disciplinary actions are pending any such hold would be deemed unreasonable by a court.

Davis, JD

Sent from my iPhone
[Quoted text hidden]

**Steve Hudman** <shudman@angelina.edu>
To: Mark Davis <dmarkdavis2@gmail.com>

Thu, Aug 17, 2017 at 7:01 AM

He CC'd Simon and Haglund on the email.

Steve Hudman M.Ed
Dean of Student Services

Angelina College
3500 S First
Lufkin, Tx 75902
936.633.5293
[Quoted text hidden]

**Mark Davis** <dmarkdavis2@gmail.com>
To: Steve Hudman <shudman@angelina.edu>

Thu, Aug 17, 2017 at 4:09 PM

Since you are referencing me in third person I am assuming that you didn't mean to send me that email response?

To be clear, I CC'ed the College President to ensure that he can't escape legal liability in a lawsuit by claiming he didn't personally participate in the acts and was unaware of them. I CC'ed the College's attorney for ethical reasons. While I'm not a practicing lawyer, I have a law degree. Don't want anyone claiming I'm trying to use my legal education to get around on them.

Davis

Gmail - Student Summons

Sent from my iPhone
[Quoted text hidden]



# Angelina College

P.O. Box 1768, Lufkin, Texas 75902-1768 • 936/639-1301 • Fax 936/639-4299 • www.angelina.edu

August 18, 2017



EXHIBIT

8

David Mark Davis II
11 Glenview Ct
Lufkin, TX 75901

From: Steve Hudman, Dean of Student Affairs

Mr. Davis:

You are receiving this letter to inform you of your enrollment status at Angelina College.  On August 9, 2017, I requested that we meet, in the Office of the Dean of Student Affairs, to discuss information in your student file.  I received your email declining to meet on August 9th at 7:49 p.m.  I sent a follow up email on August 10th explaining why I requested a meeting and re-requested a meeting.  You once again declined my request via an email on August 10th at 8:31 a.m.

On August 11th at 9:33 a.m. I sent you, via email, an official student summons to the Office of the Dean of Student Affairs.  You declined the official student summons via email on August 11th at 10:09 a.m. in which you stated, "I will not be coming to partake in your sick game."  Not showing up for an official student summons is a violation of Angelina College Student Conduct and Disciplinary policy (See FLB, AC Student Policy and Procedures Manual, #20)

Since you have rejected my request and official summons and violated the Angelina College Student Conduct and Disciplinary policy, you will be restricted to taking on-line only courses at Angelina College.  You may not take Angelina College courses that have a physical meeting or other face-to-face interaction on Angelina College's campus.  If you have a need to be on campus for any reason you must contact me 24-hours in advance to discuss the reason you must be on campus.  These restrictions will stay in place until you are informed otherwise by Dr. Simon or myself.

For fall 2017, you are currently registered for 16 credit hours.  However, these classes are all face-to-face courses on the Angelina College's campus.  You will need to change your fall 2017 course schedule to online courses only.  If you have trouble registering for online courses you may contact me to assist you with your registration.  You have until August 24, 2017 to change your schedule.  Failure to meet this deadline will result in you being dropped from your fall 2017 schedule.

With regard to any accommodations for your online courses you will need to turn in the required documentation from your physician or certified professional indicating what type(s) of accommodations would assist you in being successful at Angelina College.  The 731 page confidential medical history you submitted to Associate Dean Hunt does not include this document.  Angelina College does not make determinations on what accommodations to request based on medical history reports.  Angelina College only determines the reasonableness of accommodations once appropriate documentation has been received.

*Angelina College . . . . A Great Place To Start*

If you have any questions regarding this letter please feel free to contact my office at the contact information below.  I look forward to working with you while you are taking courses at Angelina College.

Cordially,

Steve Hudman
Dean of Student Affairs
(936) 633 5293
shudman@angelina.edu

8/20/2017

Student Rights and Responsibilities - Angelina College

 

search angelina.edu

**EXHIBIT**
**9**

Home » College Catalog » Student Rights and Responsibilities

# Student Rights and Responsibilities

## Student Conduct And Discipline Program

It is the intent of the Student Conduct and Discipline Program to provide an educational and developmental response to student misconduct while maintaining and protecting a safe and appropriate teaching and learning environment.

In keeping with the educational intent of the Student Conduct and Discipline Program, the College engages in progressive discipline to help students understand and behave in accordance with the College's conduct standards. The progressive discipline process includes (a) selecting a proportional response to a student's misbehavior and (b) increasing the level of response if the student subsequently misbehaves. In a progressive discipline environment, the discipline the College administers for the first occurrence of serious misconduct may be expulsion.

The personal conduct of students (a) on the grounds of any site or campus, in any facility, or in any vehicle owned by or controlled by Angelina College; (b) participating in or attending college functions; or (c) as members of recognized student organizations, participants in college-sponsored groups, or members of intercollegiate athletic teams is subject to College disciplinary jurisdiction. The College may also enforce its own disciplinary policy and procedure when the personal conduct of students – regardless of where it occurs – directly, seriously, or adversely interferes with or disrupts the overall mission, programs, or other functions of the College.

The Dean of Student Services or designee shall have primary authority and responsibility for administering the Student Conduct and Discipline Program. The President may take immediate interim disciplinary action, including suspension, pending a hearing for student violation of College policy. Such interim disciplinary action, including suspension, may occur in drug-related cases or when the continuing presence of the accused student poses a danger to person or property or is an ongoing threat of disruption to the scholastic process. When such interim disciplinary action occurs, the President shall communicate the disciplinary action in writing and, if possible, meet with the student to discuss reasons for the interim disciplinary action and to allow the student a rebuttal pending a full hearing.

Students are expected to obey all local, state, and federal laws and ordinances, in addition to all the policies and regulations of the College. Students are expected to conduct themselves and dress in a manner that preserves an appropriate atmosphere and will not disrupt teaching and learning activities. In addition, students engaging in student activities, working for the College, or representing the College at special events may be held to guidelines for conduct, dress, and appearance appropriate to that activity.

## Examples Of Prohibited Behavior

**Academic Integrity:** It is the aim of the Angelina College faculty to foster a spirit of complete honesty and a high standard of integrity. The attempt of any student to present, as his or her own, any work that he or she has not honestly performed is regarded by the faculty and administration as a most serious offense and is prohibited.

**Cheating:** Complete honesty is required of the student in the presentation of any and all phases of course work. Dishonesty of any kind on examinations, quizzes, or assignments is considered cheating and is prohibited.  Common examples of cheating include the following:

- Copying from another student's test paper, laboratory report, other report, or computer files, data listings, and/or programs
- Using materials during a test that are not authorized by the test administrator
- Collaborating with another person or persons during an examination or in preparing academic work without authorization
- Knowingly and without authorization, using, buying, selling, stealing, soliciting, copying, or possessing in whole or in part, the contents of an administered test
- Substituting for another student, permitting any other person, or otherwise assisting any other person to substitute for oneself or for another student in the taking of an examination or the preparation of academic work to be submitted for academic credit
- Purchasing or otherwise acquiring or submitting as one's work any research paper or writing assignment prepared by another individual or firm

**Plagiarism:**  Plagiarism means the appropriation of another's work or idea and the unacknowledged incorporation of that work or idea in one's own written work offered for credit.  Plagiarism is prohibited.

**Grade Appeal:** When a student believes that a grade does not reflect his/her level of accomplishment, the following procedure should be implemented within two weeks after the receipt of the grade:

1. Submit a written request for review to the instructor, and if the resolution is not accepted;
2. Submit a written request to the appropriate Associate Dean of Instruction, and if the resolution is not accepted;
3. Submit a written request to the Vice President of Academic Affairs, and if the resolution is not accepted;

Submit a written request to the President of the college.  The decision of the President, or his designee, is final.

**Alcoholic Beverages:** Student possession or consumption of alcoholic beverages is prohibited on College property.  Violations subject to disciplinary action include the possession, consumption, or being under the influence of alcoholic beverages on the college campus or while representing the College during an off-campus activity.

**Illegal Substances:** The possession, distribution, or use of any illegal substance on campus or at any College related function on or off campus is prohibited.

**Tobacco:** Angelina College is a Tobacco Free campus.  The use of tobacco products is prohibited on all Collegiae property.

**Vapor and E-cigarettes:** The College prohibits use of vapor and e-cigarettes on all College property.

**Housing and Residence Life:** Violations or breaches of the Angelina College Residential Contract by students living in College housing is prohibited.

**Animals on Campus:** Pets and other privately-owned animals are prohibited in any College building unless the Vice President and Dean of Instruction makes a specific exception for academic purposes. Animals on campus must be on a leash or be otherwise under the direct and positive control of the owner. Service animals assisting individuals with disabilities are permitted in all College facilities, programs, and events. Students with disabilities should contact the Office of the Dean of Student Services to obtain guidelines and regulations related to service animals.

**Children in the Classroom:** Students bringing children to class without prior consent from the instructor is prohibited.

**Discrimination and Harassment:** Discrimination and Harassment on the basis of race, color, national origin, sex, gender identity, sexual orientation, disability, age, religion, or any other characteristic protected by institutional policy or state, local, or federal law are prohibited. Further information regarding discrimination and procedures for students who believe they have been subjected to discrimination can be found in the Student Rights and Responsibilities section of the Angelina College Policy and Procedures Manual.

# Title IX

Title IX of the Education Amendments of 1972, 20 U.S.C. 1½§1681 et seq., protects individuals from discrimination and harassment based on sex in any educational program or activity operated by recipients of federal financial assistance. Sexual harassment, including sexual violence, is a form of sex discrimination and is therefore prohibited under Title IX. Unwelcome sexual advances, requests for sexual favors, and other verbal, nonverbal or physical conduct of a sexual nature constitute sexual harassment when this conduct is so severe, persistent or pervasive that it explicitly or implicitly affects an individual's employment, unreasonably interferes with an individual's work or educational performance, or creates an intimidating or hostile work or educational environment.

Angelina College is committed to providing an environment of academic study and employment free from harassment or discrimination to all segments of its community; its faculty, staff, students, guests and vendors; and will promptly address all complaints of discrimination, sexual harassment, and related retaliation in accordance with applicable federal and state laws.

To report a violation of Title IX or ask questions regarding Title IX, contact Mr. Steve Hudman, Dean of Student Services/Title IX Coordinator. His office address is Student Center room 101, his telephone number is 936-633-5293, and his email address is shudman@angelina.edu. Students may also contact the U.S. Department of Education, Office for Civil Rights (800-421-3481) to complain of sex discrimination or sexual harassment including sexual violence.

**Title IX Grievance Procedure:** The College is committed to prompt and equitable resolution of student complaints of sexual discrimination, including sexual violence, by fellow students through the Discipline Program Procedure. The Title IX Coordinator will monitor the administration of the Discipline Program Procedure to ensure prompt and equitable resolution of the complaint. Other complaints of sexual discrimination (i.e., complaints against College employees) will be investigated and resolved by trained administrators with oversight by the Title IX Coordinator. In addition to the resolution procedures, when a student alleges sexual harassment or assault, the Title IX Coordinator will promptly meet with the student to explain:

- The investigation process, including the importance of treating both parties equitably, and that the complainant and alleged perpetrator will receive written notice of the outcome of the complaint

- Assurance that the College will take steps to prevent recurrence of any sexual violence and remedy discriminatory effects on the complainant and others, if appropriate
- The College's resolution procedures, making clear that students are not required to work out issues directly with each other and that mediation is not used in sexual assault cases
- Counseling services available either on or off campus
- Possible academic accommodations
- That the College prohibits and will protect complainants from retaliation.

In sexual assault cases, the Title IX Coordinator will urge the student to seek medical attention. The Coordinator will also advise the student of the right to file a criminal complaint as well as to use the College's Student Conduct and Discipline Program. In addition, the Coordinator will explain any legal requirement or school policy to notify police of the alleged assault

The College has a duty to investigate even if the complainant asks that it not do so. If the complainant requests anonymity, the Title IX Coordinator will remind the complainant that he or she will be protected from retaliation, and explain that anonymity may limit the College's ability to respond. Furthermore, the Coordinator will assure the complainant that the investigation will be discreet and only disclosed on a "need to know" basis. In deciding how to proceed, the Title IX Coordinator will weigh the complainant's anonymity request against the alleged perpetrator's potential danger to other students. In addition, The Coordinator will determine whether interim protective actions are necessary, such as issuing a "no contact" directive. The Coordinator will follow the initial meeting with a letter to the student reviewing the options and resources and requesting a signed acknowledgment of receipt as well as a written statement indicating the course of action the student wishes to pursue.

**Disruptions:** The use of force, violence, tactics, or behavior that causes obstruction or disruption of teaching, administration, disciplinary procedures, or other college authorized activities on college premises is prohibited. This includes use of language or behavior that disrupts the College learning environment.

**Distribution of Literature, Advertising, Selling or Solicitation:** Selling and soliciting are only permitted on the College's campus and sites with official authorization. Solicitation of students, faculty, or staff members by personal contact or through the distribution of advertising leaflets or handbills to promote sales without prior approval of Dean of Student Services is prohibited on any College property or in any buildings.

**False Reports:** False reporting of incidents including intentional activation of fire alarms or fire suppression systems on campus when a threat is not imminent is prohibited.

**Falsification of Records:** Knowingly furnishing false information to the College by forging or altering a document, record, or identification is prohibited.

**Financial Responsibilities:** Failure to promptly address all financial responsibilities owed Angelina College is prohibited. This includes any student unpaid debts, returned checks, overdue borrowed books, and other cases of financial irresponsibility.

**Firearms, Fireworks, and Explosives:** The unauthorized possession or use of firearms, fireworks, explosives, or unauthorized hazardous chemicals of any description on College grounds or property, including residence halls, is prohibited.

**Food and Drinks:** Possession and consumption of food and drinks is prohibited in the computer labs, classrooms, laboratories, shops, theatre, library, and other designated areas on campus without prior college approval.

**Gambling:** Gambling in any form is prohibited on College grounds and property, including College residence halls.

**Lewd, Indecent or Obscene Conduct:** Lewd, vulgar, indecent, or obscene conduct/expression infringing upon the rights of others and/or disrupting the campus learning environment is prohibited. This includes all Angelina College activities conducted on and off campus property.

**Misuse of Student Identification Card:** The use of a student identification card by anyone other than the person to whom it is issued, and the failure to present or relinquish a student identification card to a member of the faculty, staff, or administration upon request is prohibited.

**Official Directives:** Failure to comply with the lawful directives of all College officials acting within the scope of their responsibilities is prohibited.

**Stalking:** Attempting to control or intimidate another student through behavior or threats is prohibited. A stalker can be anyone, including an unknown person, an acquaintance, or a former intimate partner. A stalker may follow a victim off and on for a period of days, weeks, or even years. A stalking victim feels reasonable fear of bodily injury or death to self or to a family or household member or damage to property. Stalking can be perpetrated by the stalker or by someone acting on her/his behalf. Stalking can take the form of verbal threats or threats conveyed by the stalker's conduct, threatening mail, property damage, surveillance of the victim, or by following the victim.

**Student Dress:** Classroom instructors and College staff in charge of College events have the right to refuse entrance to students dressed in inappropriate attire.

**Terroristic and Bomb Threats:** Terroristic behavior such as sending threatening letters or electronic mail, communicating threats through telephone calls or text messages, and bomb threats are prohibited.

**Unauthorized Entry:** The unauthorized entry or use of College buildings, offices, or facilities is prohibited.

**Unauthorized Possession of Keys:** The possession by students of keys to College buildings or facilities that have not been issued by an authorized College official is prohibited.

**Vandalism:** The willful malicious destruction, damage, or defacing of property whether it belongs to the College or another student constitutes an act of vandalism and is prohibited.

**Violent Behavior:** The use or threat of physical violence against another person on College property or at College-sponsored events is prohibited.

**Violation of Local, State or Federal Law:** Any action, event, or group of events that provides grounds for a charge or violation of local, state, or federal laws is prohibited.

## Special Process Provisions

**Attempted Violations:** In most circumstances, the College will treat attempt to commit any violations of Student Conduct as if that attempt had been completed.

**College as Complainant:** As necessary, Angelina College reserves the right to initiate a complaint, to serve as complainant, and to initiate conduct proceedings without a formal complaint by the victim of misconduct.

**Immunity for Victims and Witnesses:** At the sole discretion of the Dean of Student Services, the College may choose to not issue charges nor to administer punishment for violations of the Student Code to victims and witnesses of serious criminal activity, including sexual harassment and sexual misconduct.

**Bystander Engagement:** At the sole discretion of the Dean of Student Services, the College may choose to not issue charges nor to administer punishment for violations of the Student Code when students report a dangerous situation to a College official or seek emergency assistance for themselves or other students.

**Parental Notification:** The College reserves the right to notify parents/guardians of dependent students regarding any health or safety risk, change in student status or conduct situation, related to alcohol and/or drug violations. The College may also notify parents/guardians of not-dependent students under age 21 of alcohol and/or drug policy violations. Where a student is not-dependent, the College will contact parents/guardians to inform them of situations in which there is a significant and articulable health and/or safety risk. The College also reserves the right to designate which college officials have a need to know about individual conduct complaints pursuant to the Family Educational Rights and Privacy Act (FERPA).

**Notification of Outcomes:** The outcome of a campus hearing is part of the educational record of the accused student, and is protected from release pursuant to the Family Educational Rights and Privacy Act (FERPA). However, the College observes the legal exceptions as follows:

- Complainants in non-consensual sexual contact/intercourse, sexual exploitation, sexual harassment, stalking, and relationship violence incidents have an absolute right to be informed of the outcome, essential findings, and sanctions of the hearing, in writing, without condition or limitation.
- The College may release publicly the name, nature of the violation and the sanction for any student who is found in violation of a college policy that is a "crime of violence," including: arson, burglary, robbery, criminal homicide, sex offenses, assault, destruction/ damage/ vandalism of property and kidnapping/abduction.

**Penalties For Misconduct**

Penalties for misconduct include, but are not limited to the following:

**Warning or Reprimand:** Warning or Reprimand may include, but is not limited to, counseling with or writing a letter to the student. These actions are cumulative and are considered official college actions that are recorded in the Office of the Dean of Student Services.

**Restriction:** Restriction involves specifically prohibiting a student from attending campus activities, occupying campus facilities, or using campus equipment or services.

**Community Service:** Community service is an assignment of unpaid work on campus or in the community with a restorative intent.

**Disciplinary Probation:** Disciplinary probation is applied for a stated period with or without specified restrictive conditions. Restrictive conditions may include but are not limited to:

- Removing the right of the student to receive any college award, scholarships, or financial aid
- Removing the right to occupy any position of leadership in any college or student organization or activity

Disciplinary probation will become a part of the student's permanent academic record.

**Removal from College Housing:** In certain instances, the college may remove a student from College housing and allow him/her to continue attending classes.

**Course Grade Reduction:** Faculty members may reduce a student's course grade in response to student behaviors that violate standards set forth in the course syllabus and/or prohibited in the student code.

**Administrative Course Withdrawal:** Administrative course withdrawal results in a "W" grade. Angelina College reserves the right to withdraw students from a class or all classes if, in the judgment of the appropriate college official, such withdrawals are in the best interests of students and the college. Students may be withdrawn for reasons of lack of attendance, irresponsible financial conduct, personal misconduct, academic integrity violations, unlawful compliance of a college official, or other academic infractions.

**Disciplinary Suspension:** Suspension is for a stated period, but never less than the remainder of the semester in which the offense is committed. During suspension, the student shall not attend classes, participate in any college related activity, or be on campus for any reason except application for readmission. Readmission on probation may be granted at the end of the suspension period. Disciplinary suspension will become a part of the student's permanent academic record.

**Expulsion:** Expulsion is the permanent removal from Angelina College with no opportunity for readmission. Expulsion will become a part of the student's permanent academic record.

# Procedures For Discipline Program

The Office of the Dean of Student Services shall administer the Angelina College Student Conduct and Discipline Program.

**Rules of Evidence and Burden of Proof:** Disciplinary decisions will be based on the preponderance of evidence. Meaning, it is more likely than not an alleged incident occurred. A totality of all available and relevant evidence will be used to establish this preponderance. The burden and responsibility for gathering and evaluating evidence rests with the College. Accused students may elect to not self-incriminate and should be active in presenting relevant evidence to support their position. Witness statements that are unsigned and/or undated will not be considered in discipline process; however, if an investigation stemming from an unsigned and/or undated statement results in the discovery of evidence that misconduct may have occurred, the student responsible for that misconduct may be subject to disciplinary action.

**Steps in the Student Conduct Process:**

1. Dean of Student Services or designee (hereinafter "College Official") will investigate alleged student misconduct.
2. If the College Official finds sufficient evidence of misconduct, the College Official will issue a letter to the student to schedule a hearing. The letter will include a description of the charge(s) and evidence.
3. College Official will conduct a hearing during which he/she explains the student's right to due process, reviews the Student Conduct Process including appeal procedures, lists the charge(s), and presents all evidence collected during his/her investigation. The student may present evidence, call witnesses, and/or address witness statements and evidence presented. Complainants and victims may present witnesses and other evidence during the hearing. The outcomes of the hearing will be one of the following:
   1. The student admits misconduct in writing. The College Official will assign appropriate discipline in writing to the student. The student may appeal the assigned discipline to the Student Conduct Panel in writing to the Dean of Student Services within five (5) business days of receiving documentation from the College Official.
   2. The College Official finds the student presents a preponderance of evidence that he/she is not responsible for the alleged misconduct. The College Official will dismiss the charge(s) against the student in writing.
   3. After considering all evidence provided by the student, the College Official finds the preponderance of evidence supports the charge(s). The College Official will assign appropriate discipline in writing to the student. The student may appeal the finding of the College Official and/or the assigned discipline to the Student Conduct Panel in writing to the Dean of Student Services within five (5) business days of receiving documentation from the College Official.
4. When a student appeal is received, the Student Conduct Panel will conduct a hearing. During the hearing, the College Official will present the charge(s) and all evidence collected during his/her investigation. Complainants and victims will also be afforded the opportunity to present witnesses and other evidence during the hearing. The accused student may present evidence, call witnesses, and/or address witness statements and evidence presented.  The outcomes of the hearing may be one of the following:
   1. The Student Conduct Panel finds the preponderance of evidence supports the charge(s) and assigns appropriate discipline in writing.
   2. The Student Conduct Panel finds the preponderance of evidences does not support the charge(s) and dismisses the charge(s) in writing.
5. A student or complainant may appeal the Student Conduct Panel's findings or discipline assignment in writing to the Angelina College President within five (5) business days of receiving documentation from the Student Conduct Panel. The only grounds for appeal are as follows:
   1. A procedural error occurred that significantly impacted the outcome of the hearing(s) (e.g. substantiated bias, failure to document findings, material deviation from established procedures, etc.)
   2. New evidence unavailable during the original hearing or investigation that could substantially impact the original finding or discipline assignment is found. A summary of this new evidence must be included in the written appeal
   3. The discipline assigned is materially disproportionate to the severity of the violation.
6. The President will review the charge(s), the written findings of the Case Official and the Discipline Panel, and the written appeal from the student to decide the merits of the student's appeal. At his/her sole discretion, the President may meet with the student during his/her deliberation of the appeal. Pursuant to

authority delegated to the President by the Angelina College Board of Trustees, the decision of the President is final.

**Student Conduct Panel:** Each year, the Dean of Student Services shall request the Angelina College Committee on Committees assign not less than three (3) faculty members and three (3) professional staff members to the Student Conduct Panel to serve one year terms. A faculty or professional staff member may serve additional one year terms at his/her request if the Dean of Student Services approves. The Dean of Student Services will recruit and appoint not less than three (3) currently enrolled students to serve on the Student Conduct Panel during each semester. The Dean of Student Services or designee shall conduct thorough, appropriate training with the Student Conduct Panel each semester. If a panelist cannot complete his/her term for any reason, the Dean of Student Services shall appoint and train a panelist from the exiting panelist's group (i.e., faculty, professional staff, student) who will serve the remainder of the exiting panelist's term. The Student Conduct Panel shall elect a Chief Panelist each semester by majority vote.

When the Student Conduct Panel receives a student appeal, the Chief Panelist will assign three current panelists, including at least one (1) student but not more than two (2) students, to conduct the hearing and render findings. At the hearing, the findings of the investigation will be admitted, but are not binding on panelists. The goal of the hearing is to provide an appropriate resolution via an equitable process.

## Appeals

All sanctions imposed by the College Official or Student Conduct Panel will be in effect during any appeal. In cases where the appeal results in reinstatement to the institution or of privileges, all reasonable attempts will be made to restore the student to his/her prior status, recognizing that some opportunities lost may be irretrievable in the short term.

## Safety On Campus

Students should exercise caution while on the Angelina College campus to insure their safety. As stated in the student handbook under "parking and traffic" regulations, pedestrians have the right-of-way; however, it is advisable to be cautious when walking to and from the parking areas. When walking to and from classes or to other college activities, use the sidewalks and do not take short cuts through the lawns or parking areas. The college maintains around-the-clock surveillance through the maintenance department. A security guard is on duty during the day and at night, on weekends, and on holidays. Communication with local authorities is by both telephone and portable radio and response time to emergencies is excellent. Auto accidents, criminal activities and other emergencies should be reported immediately to the security guard on duty or the maintenance department. Upon notification, on-site investigation will be conducted to determine the necessity of involving the local authorities and appropriate action to be taken.

Angelina College maintains a policy regarding campus sexual assault programs, which shall be aimed at the prevention of sex offences, and the procedure to follow once a sex offense has occurred. This policy is available through the Student Services Office and is published annually in the student handbook.

Angelina College does not discriminate on the basis of sex, color, race, national origin, age, or disabilities. All buildings on the campus are ramped and equipped with elevators and classrooms are assigned to accommodate persons with disabilities.

## General Bulletin

Student Rights and Responsibilities - Angelina College

Academic Calendar

Academic Regulations

Admission Information

Board and Administration

College Mission

Course Descriptions

Degrees and Certificates

Faculty and Staff

Finances

Financial Aid Information

General Information

Scholarships

Student Activities

Student Organizations

**Student Rights and Responsibilities**

Student Services

Testing

Workforce Programs

## Divisions

Community Services
Fine Arts
Health Careers
Language Arts & Education
Science & Mathematics
Social/Behavioral Sciences & Business
Technology & Workforce

## Departments

Academic Counseling
ACPAC
Admissions & Enrollment
Athletics
Bookstore
Communications
Distance Education
Financial Aid
Human Resources
Information Technology
Quality Enhancement and Innovation
Library
Registrar
Small Business Development Center
Special Student Support Services
Student Affairs Portal
Tutoring

## Off Campus Locations

Angelina College & Career Center - Crockett
Hemphill
Jasper Higher Education & Technology Center
Polk County Center - Livingston
Nacogdoches Center
Sabine Area Career Center
San Augustine
Trinity
Woodville

## General Information

President's Welcome
About Us
Academic Affairs
Academic Calendar
Admissions
Adult Education Consortium
Angelina Arts Alliance
Blackboard
Board & Administration
Campus Connect
Campus Map
Community Services Class Schedule
Contact Information
Credit Class Schedule
Degrees & Certificates
Environmental Health & Safety
Events
HB2504
Jobs at AC
QEP - MASS
Residence Hall Information
Site Map
Student Development
Student Email
Student Publications
Testing
Title IX
Webpage Change Request
WorkKeys

| Texas Success Initiative (TSI) | HB2504 | LAR | FERPA | Financial Disclosures | Institutional Resumes | Nondisclosure Statement | Nondiscrimination Statement | Security Reports | Statewide Search - TRAIL | Texas Homeland Security |

Angelina College
Phone Number: (936) 639-1301
Address: 3500 South First Street, Lufkin, Texas 75904

· © 2017 Angelina College · Developed by Angelina College ·

Back to top

Student Rights and Responsibilities - Angelina College



# Angelina College

P.O. Box 1768, Lufkin, Texas 75902-1768   •   936/639-1301   •   Fax 936/639-4299   •   www.angelina.edu

August 25, 2017

David Mark Davis II
11 Glenview Ct
Lufkin, TX 75901

```
EXHIBIT
   10
```

From: Steve Hudman, Dean of Student Affairs

Dear Mr. Davis:

This letter is to inform you that sufficient evidence of misconduct has been established as a result of a student code of conduct investigation and to schedule a disciplinary hearing.

Failure to show for an official student summons is a violation of Angelina College Student Conduct and Disciplinary policy:

> Prohibited Behavior 20
> Official Directive - Failure to comply with the lawful directives of all College officials acting within the scope of their responsibilities is prohibited (Policy and Procedures, pg. 322).

On August 11 at 9:33 a.m. I sent you, via email, an official student summons to the Office of the Dean of Student Affairs.  You declined the official student summons via email on August 11 at 10:08 a.m. in which you stated, "I will not be coming to partake in your sick game."

A hearing has been scheduled for Wednesday, August 30, 2017, at 2:30 p.m. in the College Student Center, room 101.  During the hearing you may present evidence, call witnesses, and/or address witness statements and evidence presented.

The temporary restrictions placed on your enrollment status described in my letter to you dated August 18, 2017, will remain in effect throughout the steps in the Student Code of Conduct Process.  If for any reason you have a need to be on campus during this process you must contact me 24-hours in advance to discuss and approve this reason.

If you have questions regarding the hearing or are unable to attend at the scheduled time, please contact my office within 24 hours prior to the hearing in to reschedule.

Sincerely,

Steve Hudman
Dean of Student Affairs
(936) 633 5293
shudman@angelina.edu

*Angelina College . . . . A Great Place To Start*

# M Gmail

## Disciplinary Hearing Schedule Letter

13 messages

---

**Steve Hudman** <shudman@angelina.edu>
To: Mark Davis <dmarkdavis2@gmail.com>

Fri, Aug 25, 2017 at 8:05 PM

Mark Davis <dmarkdavis2@gmail.com>

Dear Mr. Davis:

Please find attached a letter for a disciplinary hearing as a result of an investigation of student misconduct in accordance with the steps in the Student Conduct Process.

Sincerely,

Steve Hudman M.Ed.
Dean of Student Affairs
Angelina College
3500 South First Street
Lufkin, Texas 75904
936.633.5293
shudman@angelina.edu



📄 **Mark Davis Hearing Letter.pdf**
346K

---

**Mark Davis** <dmarkdavis2@gmail.com>
To: Steve Hudman <shudman@angelina.edu>

Fri, Aug 25, 2017 at 8:06 PM

Dean Hudman:

I was of the opinion that you already punished me for the violation?

David Mark Davis II
[Quoted text hidden]

---

**Mark Davis** <dmarkdavis2@gmail.com>
To: Steve Hudman <shudman@angelina.edu>

Fri, Aug 25, 2017 at 8:09 PM

10/11/2017

Gmail - Disciplinary Hearing Schedule Letter

Dean Hudman:

Since I havent been afforded a hearing, this means I can come to class on Monday, right? Afterall, a hearing comes before punishment

Davis
[Quoted text hidden]

**Mark Davis** <dmarkdavis2@gmail.com>                                                                    Fri, Aug 25, 2017 at 8:18 PM
To: Steve Hudman <shudman@angelina.edu>
Cc: Michael Simon <msimon@angelina.edu>

Dean Hudman:

One last email. I promise. In your email dated August 11, 2017 at 10:09 AM, you stated "I received your email stating you would be out of town today. I am amicable to meeting during normally business hours Monday August 14, 2017 at a time that is convenient for you to accommodate your out of town trip". The reasonable person (and a court) would conclude that this was you quashing the summons since you were acknowledging that I couldn't attend Friday (you did not object to the fact that I couldn't come the day you summoned me to). You never reissued a new summons and that's why I didn't show up.

I just wanted to forward you my defense in advance of the hearing. Afterall, you're telling me that I can't register for on campus classes because I didn't attend a summons but you clearly quashed it and didnt reissue it.

I am CCing Dr. Simon so that its clear when it comes to taking this matter to court that he was personally involved in the matter so that he can be held personally liable for damages under Section 1983.

Have a good weekend! See you Wednesday!

Davis
[Quoted text hidden]

**Mark Davis** <dmarkdavis2@gmail.com>                                                                    Fri, Aug 25, 2017 at 9:01 PM
To: Steve Hudman <shudman@angelina.edu>
Cc: Michael Simon <msimon@angelina.edu>, Wayne Haglund <whaglund@haglundlaw.com>

Dean Hudman:

I totally forgot about an attorney meeting that I have in one of my other pending federal lawsuits on Wednesday at 1:30. Are you agreeable to meeting in the morning on Wednesday? This previously scheduled meeting was ordered by the United States District Court and I have to do it. I am attaching a copy of email correspondence and the Court order that substantiates this (just so you know I am not just giving you a line). While the attached documents are public record, please keep the information in strict confidence as I will not needlessly recklessly disclose that I am suing you when I file my lawsuit against you and Dr. Simon so please dont do it to the defendants in my other federal case.

David Mark Davis II, JD
[Quoted text hidden]

**2 attachments**

📄 **Gmail - Disclosure Items - David Mark Davis II v.pdf**

10/11/2017

Gmail - Disciplinary Hearing Schedule Letter

273K

📄 **8.16.17 order.pdf**
892K

---

**Mark Davis** <dmarkdavis2@gmail.com>                                                                                                                    Mon, Aug 28, 2017 at 2:33 PM
To: Steve Hudman <shudman@angelina.edu>
Cc: Michael Simon <msimon@angelina.edu>

Dean Hudman:

Were you able to reschedule the hearing on the baseless accusation to a time that doesn't conflict with my federal court appointment?

Davis

Sent from my iPhone
[Quoted text hidden]

<Gmail - Disclosure Items - David Mark Davis II v.pdf>

<8.16.17 order.pdf>

---

**Steve Hudman** <shudman@angelina.edu>                                                                                                                  Mon, Aug 28, 2017 at 3:13 PM
To: Mark Davis <dmarkdavis2@gmail.com>
Cc: Michael Simon <msimon@angelina.edu>

Mr. Davis,

The time for your hearing will remain Wednesday, August 30, at 2:30 p.m.   The location for your hearing will remain in the Angelina College Student Center, room
101.

Sincerely,

Steve Hudman M.Ed.
Dean of Student Affairs
Angelina College
3500 South First Street
Lufkin, Texas 75904
936.633.5293
shudman@angelina.edu



[Quoted text hidden]

10/11/2017

Gmail - Disciplinary Hearing Schedule Letter

**Mark Davis** <dmarkdavis2@gmail.com>
To: Steve Hudman <shudman@angelina.edu>
Cc: Michael Simon <msimon@angelina.edu>

Mon, Aug 28, 2017 at 3:21 PM

Dean Hudman:

I just wanted to confirm that you understand that a federal judge has ordered me to be at a hearing in another case at that time. This was set before you set this hearing and I let you know in a timely manner. As such, I need the hearing moved to accommodate this schedule conflict.

Davis

Sent from my iPhone
[Quoted text hidden]

**Mark Davis** <dmarkdavis2@gmail.com>
To: Michael Simon <msimon@angelina.edu>
Cc: shudman@angelina.edu

Mon, Aug 28, 2017 at 3:24 PM

Dr. Simon:

I am having issues with Dean Hudman refusing to reschedule a disciplinary hearing that he set for the same time as a hearing set by a federal judge in my other civil case.

Can you please direct Mr. Hudman to respect the federal court and move the hearing.

Davis

Sent from my iPhone

Begin forwarded message:

> **From:** Steve Hudman <shudman@angelina.edu>
> **Date:** August 28, 2017 at 3:13:47 PM CDT
> **To:** Mark Davis <dmarkdavis2@gmail.com>
> **Cc:** Michael Simon <msimon@angelina.edu>
> **Subject: Re: Disciplinary Hearing Schedule Letter**

[Quoted text hidden]

**Mark Davis** <dmarkdavis2@gmail.com>
To: Steve Hudman <shudman@angelina.edu>
Cc: Michael Simon <msimon@angelina.edu>

Mon, Aug 28, 2017 at 3:44 PM

Dean Hudman:

10/11/2017                                    Gmail - Disciplinary Hearing Schedule Letter

You're stalking behaviors have caused me to fear for my personal safety. For that reason (and the severe weather in between Livingston and Lufkin on Wednesday), I will attend the meeting over the phone if that's OK.

Davis

Sent from my iPhone
[Quoted text hidden]

**Mark Davis** <dmarkdavis2@gmail.com>                                                    Mon, Aug 28, 2017 at 4:08 PM
To: Steve Hudman <shudman@angelina.edu>

Dean Hudman:

I meant to ask you to respond with your permission to meet over the phone in my previous email? The hearing can still be conducted in Room 101, I just will be in Livingston on the phone with you when the hearing takes place.

Davis

Sent from my iPhone
[Quoted text hidden]

**Steve Hudman** <shudman@angelina.edu>                                                  Mon, Aug 28, 2017 at 5:08 PM
To: Mark Davis <dmarkdavis2@gmail.com>
Cc: Michael Simon <msimon@angelina.edu>

Mr. Davis,

Holding the hearing via phone call is acceptable.  Please call (936) 633-5293 at 2:30 p.m. on Wednesday, August 30, 2017.  Please forward any documentation you wish to submit for the hearing prior to the meeting time of 2:30 p.m. so it may be taken into consideration.

Sincerely,

Steve Hudman M.Ed.
Dean of Student Affairs
Angelina College
3500 South First Street
Lufkin, Texas 75904
936.633.5293
shudman@angelina.edu



[Quoted text hidden]

10/11/2017

Gmail - Disciplinary Hearing Schedule Letter

**Mark Davis** <dmarkdavis2@gmail.com>
To: Michael Simon <msimon@angelina.edu>
Cc: Steve Hudman <shudman@angelina.edu>, Chris Sullivan <csullivan@angelina.edu>

Mon, Aug 28, 2017 at 9:23 PM

Dr. Simon:

I was able to get the other attorney to meet earlier so that there isn't a schedule conflict so disregard my previous request. Just so you're aware, I will likely seek to admit in federal court the Dean's refusal to reschedule the hearing when he knew I had a schedule conflict with a federal court hearing as evidence of bad faith. The same judge that ordered I attend the Wednesday hearing on my other case will likely preside over the trial where you, Dean Hudman and the College District are defendants. Dean Hudman's conduct might not sit so well with the judge since it was basically tantamount to impeding his court order.

Respectfully,

David Mark Davis II

Sent from my iPhone
[Quoted text hidden]