IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| DAVID MARK DAVIS II, | § | |
| | § | |
| v. | § | 9:17-CV-179 |
| | § | |
| ANGELINA COLLEGE BOARD OF | § | |
| TRUSTEES, et al. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This case is assigned to the Honorable Ron Clark, Chief United States District Judge, and is referred to the undersigned United States Magistrate Judge for pretrial management. On October 19, 2017, Judge Hawthorn entered a report (Doc. No. 7) recommending that the court should deny the Plaintiff's "Motion for Temporary Restraining Order" (Doc. No. 2) and "Request for Ex Parte Hearing." (Doc. No. 3). No objections have been filed to the magistrate judge's report, and the time for doing so has passed.

It is, therefore, **ORDERED** that the magistrate judge's "Report and Recommendation" (Doc. No. 7) is **ADOPTED**, and the Plaintiff's "Motion for Temporary Restraining Order" (Doc. No. 2) and "Request for Ex Parte Hearing" (Doc. No. 3) are **DENIED**.

**So Ordered and Signed**
Nov 13, 2017

_____
Ron Clark, United States District Judge