IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

DAVID MARK DAVIS II,

v.

Case No. 9:17-CV-00179-RC-ZJH

ANGELINA COLLEGE BOARD OF
TRUSTEES, MICHAEL SIMON AND
STEVE HUDMAN

## PLAINTIFF'S VOLUNTARY NOTICE OF DISMISSAL OF ALL CLAIMS

Plaintiff David Mark Davis II hereby files this Voluntary Notice of Dismissal of All Claims raised in the Complaint (Dkt. No. 30).

### I.

Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides for a voluntary dismissal of an action by a plaintiff without a court order, subject to certain enumerated exceptions: "the plaintiff may dismiss an action without a court order by filing: a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment". Normally, under Rule 41(a)(1)(A), a voluntary notice of dismissal under (i) or stipulated dismissal under (ii) is "self-executing, i.e., it is effective at the moment the notice is filed with the clerk and no judicial approval is required." Janssen v. Harris, 321 F.3d 998, 1000 (10th Cir. 2003) (quoting Marex Titanic, Inc. v. The Wrecked & Abandoned Vessel, 2 F.3d 544, 546 (4th Cir. 1993)

### II.

Defendants have neither served an answer or moved for summary judgment in this case. At the time of filing, plaintiff has five pending claims against the defendants. Plaintiff hereby notifies this Court that he is dismissing this case in its entirety. Plaintiff files this notice as a

result of dismissal of having severe health issues that are interfering with his daily activity. No counterclaim has been filed.

### III.

For these reasons, plaintiff asks the Court to accept this notice of dismissal and enter a final judgment accordingly.

Respectfully Submitted,

David Mark Davis II, MBA, JD[1]
Plaintiff, *Pro Se*
PO Box 223
Livingston, Texas 77351
(936) 238-8507
dmarkdavis2@gmail.com

---

[1] While plaintiff has successfully graduated law school, he is not currently licensed to practice law in any jurisdiction.

## CERTIFICATE OF SERVICE

I certify that on the day of filing, a true and correct copy of the foregoing pleading will be served on all parties and/or counsel of record by electronic mail by agreement to the following:

| | | |
|---|---|---|
| Christopher B. Gilbert<br>Attorney-in-Charge<br>Phoenix Tower, Suite 2000<br>3200 Southwest Freeway<br>Houston, Texas 77027<br>(713) 554-6744 – Telephone<br>(713) 583-7698 – Facsimile<br>cgilbert@thompsonhorton.com | Rebecca S. Bailey<br>Co-Counsel<br>Phoenix Tower, Suite 2000<br>3200 Southwest Freeway<br>Houston, Texas 77027<br>(713)554-6762 – Telephone<br>(713)583-9364 – Facsimile<br>rbailey@thompsonhorton.com | Wayne D. Haglund<br>Angelina College General Counsel and Co-Counsel<br>P.O. Box 713<br>Lufkin, TX 75902-0713<br>(936)639-0007 – Telephone<br>(936)639-0016 -- Facsimile<br>whaglund@haglundlaw.com |
| Served by consent via email to:<br>cgilbert@thompsonhorton.com | Served by consent via email to:<br>rbailey@thompsonhorton.com | Served by consent via email to:<br>whaglund@haglundlaw.com |

**DAVID MARK DAVIS II**

```
                                    ᴜs
                 1Z B0T J83 03 3830 4222        7590
                       HIP 18.03.01    ZEBRA2T4.0
                   TXLUF864UDC  JUL 03 05147188 2018

             OUT:1
                  S:LUF    13C-2000
                  P:S       4222
             LUFKIN TX 75901-9828
             104 N 3RD ST
             U S DISTRICT CLERK - LUFKIN DIV
```

| DAVID M DAVIS<br>9362388507 | 1 LBS | 1 OF |
|---|---|---|
| DAVID MARK DAVIS II<br>2010 US HWY 190 W<br>LIVINGSTON TX 77351 | DWT: 13,9,1 | |

**SHIP TO:**
U.S. DISTRICT CLERK - LUFKIN DIV.
(936) 632-2739
104 NORTH 3RD STREET
**LUFKIN  TX 75901**

 TX 759 0-01

## UPS GROUND
TRACKING #: 1Z B0T J83 03 3830 4222



BILLING: P/P

XOL 18.03.09    NV45 99.0A 04/2018     ™

1/1