IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| DAVID MARK DAVIS II, | § | |
| --- | --- | --- |
| | § | |
| v. | § | 9:17-CV-179 |
| | § | |
| ANGELINA COLLEGE BOARD OF TRUSTEES, et al. | § § § | |

## ORDER OF DISMISSAL

Pending before the court is the Plaintiff's "Motion for Leave for Voluntary Partial Dismissal" (Doc. No. 51), seeking to dismiss his constitutional claims with prejudice. The Defendants are unopposed. *See* Doc. No. 52. The Plaintiff also filed a "Voluntary Notice of Dismissal of All Claims." Doc. No. 51.

It is **ORDERED** that the Plaintiff's "Motion for Leave for Voluntary Partial Dismissal" (Doc. No. 51) is **GRANTED**. His First Amendment and Fourteenth Amendment claims (Counts 1–4) are **DISMISSED with prejudice**.

It is further **ORDERED** that the Plaintiff's "Voluntary Notice of Dismissal of All Claims" is **ACCEPTED**. His Section 504 claims under the Rehabilitation Act of 1973 (Counts 5–6) are **DISMISSED without prejudice**.

Accordingly, the above case is dismissed with each party to bear its own costs of court. The Clerk is directed to close the case and deny all pending motions as moot.

**So Ordered and Signed**
Jul 19, 2018

_____
Ron Clark, United States District Judge